UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **CHARLES ALVIN CUMMINGS, JR.** | **CIVIL ACTION NO. 12-2692-P** |
| **VERSUS** | **JUDGE HICKS** |
| **FRANCIS WESS, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and noting the lack of written objections filed by Plaintiff, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the motions for injunctive relief and a transfer to another facility (Docs. 11 and 12) are **DENIED.**

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 3rd day of March, 2014.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE