UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CHARLES ALVIN CUMMINGS, JR. | CIVIL ACTION NO. 12-cv-2692 |
| VERSUS | JUDGE HICKS |
| FRANCIS WESS | MAGISTRATE JUDGE HORNSBY |

# O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

IT IS ORDERED that Defendant's Motion for Summary Judgment and Amended Motion for Summary Judgment (Docs. 61 and 72) are granted in part by dismissing Plaintiff's retaliation claim and denied in all other respects.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment (Doc. 66) is denied. Plaintiff's only remaining claim is his assertion that defendant Wess released the attacking inmate intentionally rather than inadvertently or through negligence.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the \_\_\_19th\_\_\_ day of \_\_\_February\_\_\_, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE